UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TICKETMASTER ENTERTAINMENT, INC.,
MARKETING AND SALES PRACTICES LITIGATION         MDL No. 2078

ORDER DEEMING MOTIONS WITHDRAWN
AND VACATING THE JULY 30, 2009, HEARING SESSION

    Before the Panel are two motions filed pursuant to 28 U.S.C. § 1407. The first is a motion by plaintiffs Ellen Diamond and Lisa Scontras. In their motion, plaintiffs seek centralization of certain of the actions listed on the attached Schedule A in the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings. The second is a motion by plaintiffs Kimberly Vining, et al., Michael Kelly and Michael Smith, et al. In their motion, plaintiffs seek centralization of the actions listed on the attached Schedule A in the United States District Court for the District of New Jersey. Both movants now seek to withdraw their respective Section 1407 motions.

    IT IS THEREFORE ORDERED that plaintiffs' motions for transfer under 28 U.S.C. § 1407 are DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2009, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: TICKETMASTER ENTERTAINMENT, INC.,**
**MARKETING AND SALES PRACTICES LITIGATION**                    MDL No. 2078

## SCHEDULE A

    <u>Central District of California</u>

Ellen Diamond, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-912
Diana Wenzel v. TicketMaster Entertainment, Inc., C.A. No. 2:09-1234
Sheila Campbell v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-1968

    <u>District of Massachusetts</u>

John O'Hurley v. TicketMaster Entertainment, Inc., et al., C.A. No. 1:09-10794

    <u>District of Minnesota</u>

Mark Clark v. TicketMaster Entertainment, Inc., et al., C.A. No. 0:09-1142

    <u>Middle District of North Carolina</u>

Genevieve Robbins v. TicketMaster Entertainment, Inc., et al., C.A. No. 1:09-360

    <u>District of New Jersey</u>

Michael Smith, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-2177
Kimberly Vining, et al. v. TicketMaster Entertainment, Inc., et al., C.A. No. 3:09-2096
Michael Kelly v. TicketMaster Entertainment, Inc., et al., C.A. No. 3:09-2222

    <u>Eastern District of Pennsylvania</u>

Gretchen Frederick v. TicketMaster Entertainment, Inc., et al., C.A. No. 2:09-2159